**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAURICE DEON MILES, | ) | NO. CV 13-3428-DDP (AS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| BRADLEY NIELSON, | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records in this matter, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. The Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 5, 2016.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE