**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAURICE DEON MILES, | ) | NO. CV 13-3428-DDP (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| BRADLEY NIELSON, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  April 5, 2016.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE